# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

ARMANDO TORRES GARCIA,

　　　　Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
　　　　Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:11at0733

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

ENTER this __8th__ day of __December__, __2011__.

　　　　　　　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　Dennis L. Beck, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　Name and Title of Judicial Officer