Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ARMANDO T. GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ARMANDO T. GARCIA, ) | Case No.:   1:11-CV-02037 BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| ) | |
| of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Armando T. Garcia ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 7, 2012; and that Defendant shall have until October 8, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due October 15, 2012.

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 17, 2012          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff ARMANDO T. GARCIA

DATE:  July 17, 2012          BENJAMIN WAGNER
United States Attorney


*/S/- *Lynn Harada*


_____
Lynn Harada
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

# **ORDER**

Given the stipulation of the parties and for good cause being shown, Plaintiff may have an extension of time, to and including **September 7, 2012**, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to **October 8, 2012** to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary. Any reply by Plaintiff will be due **October 15, 2012**.

IT IS SO ORDERED.

Dated:   July 18, 2012           /s/ Barbara A. McAuliffe
                             UNITED STATES MAGISTRATE JUDGE