BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ARMANDO TORRES GARCIA,         )<br>                                           )<br>      Plaintiff,                    )<br>                                           )<br>        v.                        )<br>                                           )<br>MICHAEL J. ASTRUE,             )<br>Commissioner of                 )<br>Social Security,                   )<br>                                           )<br>      Defendant.                )<br>_____) | CIVIL NO.: 1:11-cv-02037-BAM<br><br>STIPULATION AND ORDER FOR AN<br>EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended 30 days from October 10, 2012 to November 9, 2012. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                        Respectfully submitted,

Dated: October 5, 2012           /s/ *Steven G. Rosales*
                                        (As authorized via e-mail on 10/4/12)
                                        STEVEN G. ROSALES
                                        Attorney for Plaintiff

Dated: October 5, 2012           BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By:    */s/ Lynn M. Harada*
                                        LYNN M. HARADA
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   October 9, 2012**                    **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE