1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California  94105
6       Telephone:  (415) 977-8977
        Facsimile:  (415) 744-0134
7       E-Mail: Lynn.Harada@ssa.gov
8
   Attorneys for Defendant
9
                 UNITED STATES DISTRICT COURT
10
                 EASTERN DISTRICT OF CALIFORNIA
11
                        **FRESNO DIVISION**
12
13 ARMANDO TORRES GARCIA,       )   CIVIL NO.: 1:11-cv-02037-BAM
                                )
14      Plaintiff,              )   STIPULATION AND ORDER FOR AN
                                )   EXTENSION OF TIME
15      v.                      )
                                )
16                              )
   MICHAEL J. ASTRUE,           )
17 Commissioner of              )
   Social Security,             )
18                              )
                                )
19      Defendant.              )
   _____)
20

21      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
22
   record, that the time for responding to Plaintiff's Opening Brief be extended 30 days from October 10,
23
24 2012 to November 9, 2012.  This is Defendant's first request for an extension of time to respond to

25 Plaintiff's brief.  Defendant needs the additional time to further review the file and prepare a response in

26 this matter.
27
   ///
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                               Respectfully submitted,

Dated: October 5, 2012              /s/ *Steven G. Rosales*
                                                 (As authorized via e-mail on 10/4/12)
                                                 STEVEN G. ROSALES
                                                 Attorney for Plaintiff

Dated: October 5, 2012              BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 DONNA L. CALVERT
                                                 Acting Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                  By:    */s/ Lynn M. Harada*
                                                 LYNN M. HARADA
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   October 9, 2012**                  **/s/ Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE